UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

EARNERST MCGEE; JAMES WOMBLE; DOUGLAS EDMISTON; ALAN HOLMES; ROBERT RICCARDINO; ROBERT MADRIGAL; KENDAL ZINK; KIMBERLY MOORE; SCOTT WHITMER; TERELL BELGER; WALTER ROGERS; MICHAEL HAZUDA; LAWRENCE MOSBLECH; JEFFREY POWELL; TIM HAYNES; FRED TENNISON; WELTON GRIFFIN; ALFRED BOLTON;PATRICK WOHRLE; JOHN WITHROW; DENNIS SMITH; DARIUS COOK; TOM REIBER; DORIS BOX; LEAH JANISIESKI; CHRISTOPHER BUSH; JEROME HALL; JOSEPH YANNUZZI; SUE SILER; ROBERTO VALENZUELA; ROBERT BONDARUK; JIMMY HARDIN; JAMES HANSEN; DENNIS JONES; CHARLES GASSIOTT; ELFIJE BYTYCI; REYMUNDO LOPEZ; RANDY REESE; JENNY GALINDO; PETER LILES; BERNARD SCHATZ; CHARLES HENNING; BOBBY KING; GORDON DUNCAN; RICHARD SHEEHAN; PATSY YOUNG; BURGESS POWELL; TERESA DERKSEN; EDWARD OROURKE; DAVID HUSCHER; DEBBIEROSE ATKINSON; LINDA PATTERSON; JOHN FEREBEE; PETE HARVEY; RON ROBINSON; VIVIAN SAENZ; DEBRA LEWIS; VICTOR MUNOZ; SALLESKY MARRERO; JASON MCCALEB,

      Plaintiffs,

    v.

THE 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Co.; AGC CHEMICALS AMERICAS INC.; AMEREX CORPORATION; ARKEMA INC.; ARCHROMA U.S. INC.; BUCKEYE FIRE EQUIPMENT COMPANY; CHEMDESIGN PRODUCTS INC.; CHEMGUARD INC.; CHEMICALS, INC.; CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation; CORTEVA, INC., individually and as successor

No. 24-CV-7670 (RA)

ORDER

> in interest to DuPont Chemical Solutions Enterprise; DEEPWATER CHEMICALS, INC.; DUPONT DE NEMOURS INC., individually and as successor in interest to DuPont Chemical Solutions, Enterprise; DYNAX CORPORATION; E. I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise; NATION FORD CHEMICAL COMPANY; THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise; THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise; TYCO FIRE PRODUCTS, LP, individually and as successor in interest to The Ansul Company; and DOE DEFENDANTS 1-20, fictitious names whose present identities are unknown,
>
>                          Defendants.

RONNIE ABRAMS, United States District Judge:

      This case has been assigned to me for all purposes. In light of Defendants' stated intent to designate this action for transfer to the *In re Aqueous Film-Forming Foams Products Liability Litigation* multi-district litigation, MDL No. 2:18-mn-2873-RMG (D.S.C.), *see* ECF No. 1 at 3 n.1, by October 18, 2024, the parties shall file a joint letter requesting that the Court either (1) stay this proceeding pending an order of transfer; or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:   October 11, 2024
          New York, New York

                                                Ronnie Abrams
                                                United States District Judge